PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:   pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendants,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
and COMCAST COMPREHENSIVE HEALTH AND
WELFARE BENEFIT PLAN (erroneously sued herein as
COMCAST CORPORATION GROUP DISABILITY PLAN)

LAURENCE F. PADWAY (SBN 89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510) 814-6100
Facsimile:  (510) 814-0650
Attorneys for Plaintiff,
HUMBERTO DAVID DEJESUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO DAVID DEJESUS,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION GROUP DISABILITY INCOME PLAN, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | Case No: CV116144 NC<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |

It is hereby stipulated by and between plaintiff HUMBERTO DAVID DEJESUS and defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Liberty") and COMCAST COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN (erroneously sued herein as COMCAST

CORPORATION GROUP DISABILITY PLAN), through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed in its entirely with prejudice. Each party shall bear its own fees and costs.

Dated: September 7, 2012          LAW OFFICES OF LAURENCE F. PADWAY

By: */s/Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff, HUMBERTO DAVID DEJESUS

Dated  September 7, 2012          ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Pamela E. Cogan*
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and COMCAST COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

Dated: September __10__, 2012

The Honorable Nathanael Cousins
United States Magistrate Judge

RC1/6619150.1/PEC          - 2 -          STIPULATION AND [PROPSED] ORDER RE DISMISSSAL OF ACTION WITH PREJUDICE, CASE NO. CV116144 NC